ORIGINAL    CV 18-3124

Man making claim

DeARCY HALL, J.

OShaine Mitchell

BLOOM, M.J.

ADDress
124 Remington place
New Rochelle
New york 10801

RECEIVED
MAY 29 2018
PRO SE OFFICE

Wrong Doers

Marilyn J Mosby
OFFice OF the State's Attorney For
Baltimore City
120 East Baltimore street
Baltimore MD 21202

Megan Greene
OFFice OF the State's Attorney For
Baltimore City
120 East Baltimore street
Baltimore MD 21202

Musa Hammett
MDTA police OFFicer
2301 South Clinton St
Dundalk MD 21222

Toniann Gigliardi
Acting prosecutor OF City Court OF New Rochelle
475 north avenue, New Rochelle, Ny 10801

Alec mckenna - New Rochelle Police OFFicer
475 north avenue, New Rochelle Ny 10801

I submit to the forms, these are the requirements of
the court clerk - only.

This is a common law: common trespass claim
(In the Federal District Court).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

   -against-

_____

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
       *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

|  |  |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 2

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article III court.
See attached Claim package

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

     1.    The Plaintiff(s)

         a.    If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

         b.    If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

     2.    The Defendant(s)

         a.    If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____
_____
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

See attached Claim package.

_____
_____
_____
_____

5

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_See attached Claim package._

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05 , 07 , 2018

Signature of ~~Plaintiff~~ Claimant _____

Printed Name of ~~Plaintiff~~ Claimant   Oshaine - anthony : Mitchell

6

Notice : Claim

March 19, 2018

Dear Douglas,
Greetings.
i man. I am of lawful age and sound mind. I believe in God.
i am self directed; my own council. I am honest. I NOT
US CITIZEN. I am viewing you as a man ~~woman~~ acting as a
Clerk of Court.

I have ~~two~~ (2) claims which I wish to move before a Article III
Court of record; common-law trespass breach of trust, confidence,
failure in duty and obligations; claims are here joined for the
convenience of the Courts. See attached [Exhibits A-J]
i man require the use of this venue to seat a magistrate to make a
determination and render a verdict as to who has rights to tender an
offer and administrate my property without my consent or making an
offer of fair and just compensation. I require of the Clerk of Court
to process said claim properly and succesfully. Wrongdoer are men
and women named: Anthony Scarpino, Justin Pryne, Toniann
Gigliardi; a man who act as New Rochelle Police i.e. the arresting
officer named McKenna, an unknown unnamed individual who
work as a City Clerk of Court of New Rochelle; Marilyn Mosby,
Marilyn Bently, John Anderson, R. Jay Fisher, Megan Greene,
Ilene Frame, Musa Hammett, Sarah Clifford, MARYLAND
TRASPORTATION AUTHORDTY INC; all Public Servants working on
behalf of government. Said wrongdoers uttered forged
instruments which interfered with my rights; refuse or neglected
to answer questions, denied access to my courts and continue to
prosecute, i man, and property to defraud to enrich themselves.
I require restoration of property immediately; Reasonable
compensation and restitution, Sanction wrongdoers STOP.

Respectfully submitted,

By: _____ on behalf of OSHAINE ANTHONY MITCHELL,
N/R

**EXHIBITS**

## CONTENTS

A     ------------- 02/27/18      New Rochelle Court Appearance Ticket
(Arrested by a man name Mckenna acting as a Police Officer on behalf of the State. Searched, robbed of property and arrested by said Officer; released on bail, fined $250.00 and ordered to appear in Court 03/07/18).

B     ------------- 03/02/18      Notice of Answer
(Sent to PROSECUTOR by Service Processor).

B-1     ------------- 03/05/18      Service Processor's receipt of Delivery
(Notice of Answer to the Court).

C     ------------- 03/08/18      Active Arrest Warrant Issued by NRPD
(signed by Allan Silverman received on 03/15/18 by USPS bearing wrong address).

D     ------------- 01/11/18      Statement of Charges
(Musa Hammett arresting officer MDTA).

D-1     ------------- 01/11/18      Statement of Probable Cause of Musa Hammett

D-1     ------------- 01/11/18      Statement of Probable Cause of Musa Hammett

D-1     ------------- 01/11/18      Statement of Probable Cause of Musa Hammett

D-2     ------------- 01/12/18      Notice of Advice of Right to Counsel for all Judicial Proceedings (Presented by S. Johnson).

D-3     ------------- 01/12/18      Important Notice
(1:30pm notice of instructions presented regarding court appearance by S. Johnson).

D-4     ------------- 01/12/18      Initial Appearance Report (1/12/18 1:30 pm represented by Court appointed attorney / PUBLIC DEFENDER Dawn Collins).

D-5     ------------- 01/12/18      Pretrial Release Determination (2:00 pm released on own recognizance; ordered to appear at preliminary hearing).

D-6     ------------- 01/12/18      Charge Summary
(Description of Charge).

D-7     ------------- 01/12/18      Notice of Advice of Right to Counsel for all Judicial Proceedings (Signed by man S. Johnson acting as Judge/Commissioner on behalf of the STATE OF MARYLAND).

D-8     -------------      Important Information
(Informal notice of criminal charges unsigned and undated received).

E     ------------- 01/31/18      Answer to the Court of Maryland
(Notice of Answer sent to the Court received pm 02/02/18).

E-1    ----------------- 02/02/18     **Delivery Receipt of Answer to Court of Maryland**
**(2:13 pm notice of Answer received by PROSECUTOR).**

F    ----------------- 02/02/18     **Service Process Assistance Request (notice requesting**
**service process assistance, Clerk of Court Marilyn Bentley).**

F-1    ----------------- 02/05/18     **Receipt of Delivery by Service Process**
**(10:07 am notice requesting service process delivered to Marilyn Bentley;**
**Signed for by R. Payton).**

G    ----------------- 02/06/18     **Common-law Trespass Claim**
**(Notice: Claim; common-law trespass, asking questions; requiring**
**suitcase be sent to Queen's Bench addressing Marilyn Mosby).**

G-1    ----------------- 02/07/18     **Notice Common-law Trespass Claim**
**(Signed for by Y. Hubbard for STATES ATTORNEY Marilyn Mosby).**

H    ----------------- 02/23/18     **Notice of Claim**
**(PROSECUTOR refuse or neglect to answer questions).**

H-1    ----------------- 02/26/18     **Notice of Claim**
**(received by ASSISTANT STATES ATTORNEY Megan Greene; delivered Front**
**Desk/Reception).**

I    ----------------- 02/08/18     **Case Information**
**(District Court close case, forwarded to Circuit Court 02/27/18).**

I-1    ----------------- 03/05/18     **Case Information**
**(Circuit Court of Baltimore Maryland; Ilene Frame PUBLIC DEFENDER).**

J    ----------------- 01/12/18     **MDTA Police Press Release (MDTA News release dated**
**01/12/18 a year before).**

PD 96A

NO.: B 14613

**POLICE DEPARTMENT**
**CITY OF NEW ROCHELLE, NEW YORK**

**APPEARANCE TICKET**

Date: 2/27/18

TO: Oshaine Mitchell

You are hereby directed to appear in the New Rochelle City Court, 475 North Avenue, New Rochelle, New York, at 9:30 A.M. on the 7th day of March, 2018, to answer an alleged violation of:

PL 220.03  PL 221.10

Failure to comply with the above directive will result in forfeiture of any bail posted and is a violation of the Penal Law.

Police Officer

**Exhibit A**

**Notice: Answer**

[Toniann Gigliardi Acting PROSECUTOR NEW ROCHELLE CITY COURT, 475 NORTH AVENUE,
NEW ROCHELLE NEW YORK 10801. **Case # B14613**; see attached Exhibit A (one Page),
Attention:
Acting COUNTY COMMISIONER Justin Pryne ,
DISTRICT ATTORNEY Anthony A. Scarpino, Jr]

Hello Toniann,

I am a man. I am known by friends as O'Shaine of the Mitchell family. I received a order of the court in
the form of an appearance ticket??? I don't recall having ever entering into contracts with you. I, believe
there's been a mistake. Did I enter into contracts with you and the government? If yes, I did so in error. I
am not a member of the legal society; I am an idiot. If there are contracts which I entered into I did so
under duress of threat of harm, injury, loss of limb and life. I carried out all orders issued to me by the
Police. I was mistaken. I believe that said men overstepped their authority, acted in bad faith, in conflict
of interest knowingly for the purpose of financial gains and personal rewards. It is my wish and I do
require of you that you cancel all contracts connected to or associated to this suitcase for reasons of
suspected fraud. It is also my wish and I do require of you that you insure the restoration of all private
properties and trust funds wrongfully taken, and paid away be restored post haste.

I am not a CITIZEN of the UNITED STATES; I am an American Aborigine. I, hale from the land of
Jamaica; here as a guest of this Country. I believe in an Almighty Creator; am a living flesh being having
a relationship between God and myself. I, am honest man, and a man of Peace. I am self-directed and
have manage and conducted my affairs properly. What laws did I break? I believe the Public Servants
made errors when they presumed and assumed improperly that I was a CITIZEN of the UNITED
STATES AND THAT I WAIVED ALL RIGHTS.
Is there a claim before the courts? Who is the man making a claim that I owe a debt? If there is a man
making said claim, let him come forward present the Bill for my verification, take the stand and swear
that it is true; speak his peace or forever hold it. I'd be happy to pay the Bill and settle the matter on the
private side without dragging the matter into Court. Who did I cause harm? Who did I cause injury? What
property did I damage? What contract did I breach? If it is your wish and if it is your order that I must
appear in court, I am going to require compensations. You can expect to pay the Bill. Of what benefit
would it be to me to appear in court if all you're going to do is arrest me? I will appear as a man only. The
other side can appear as a man only. The plaintiff must appear and press the record. I am not the
defendant in your suitcase. I am not the plaintiff in your suitcase. I will answer verifiable claims only. I
will not answer complaints. How do you suppose all this happened?
If someone is making a false complaint against me and I believe they are, I am going to have to file a
claim?
You have three days (3) to answer in writing; this due only to a lack of time given to me to respond to
orders of the court. If you fail or refuse to answer the aforesaid questions; it is my wish and I do require of
you that you discharge the complaints.

My witness will appear and testify.

Respectfully,

By: _____   On behalf of Oshaine A. Mitchell, A/R

**Exhibit B**

Subject:[ServeManager] Job #2064536 Served
From:notifications@mail.servemanager.com
To:OSHAINEMITCHELL@YAHOO.COM
Date:Tuesday, March 6, 2018, 10:10:44 AM EST

# Served

Jermel Mc Clure shared a service notification with you:

## Details

**Process Server:** DIONCA ROBINSON

**Date & Time:** Mar 5, 2018, 9:47 am EST

**Service Type:** Personal/Individual

**Description of Service:**

## Recipient

Recipient: Roberta bongiorni
Age:          55-65
Ethnicity: Caucasian
Gender:    Female
Weight:    180-200
Height:    5'6"
Hair:       Brown
Eyes:       Brown

## Description of Recipient:

## Service Address

475 North Ave, New Rochelle, NY 10801

## GPS Data

**Mobile Device:** iPhone 11.2.6

**GPS Coordinates:** 40.91893418, -73.786465

**Exhibit B-1**

**GPS Timestamp:** Mon Mar 05 2018 09:46:48 GMT-0500 (EST)

---

# Job & Case

**Job:** 2064536

**Priority: Rush**

**Recipient:** PROSECUTER TONIANN GIGLIARDI

**Case:** B14613

**Plaintiff:**

**Defendant:**

**Documents:** OSHANE MITCHELL NOTICE.pdf

---

**Shared with you by:**

Jermel Mc Clure
Empire State Legal Services
info@empirestatelegalservice.com
888-554-4669

**Exhibit B-1**

New Rochelle Police Department
475 North Avenue
New Rochelle,  NY - 10801



March 08, 2018

OSHAINE A. MITCHELL
125 REMINGTON PL
New Rochelle, NY 10801-3925

RE :   Warrant Number : NR-WA-00076-18

This Department holds an active warrant for your arrest issued by the City court of New Rochelle, New York. You have been charged with:

PL 220.03 Criminal Possession Controlled Substance- 7th Degree

Upon receipt of this letter, please report immediately to the Warrant Control Office (at above address) , Monday thru Friday at 9:30 AM.

*** PLEASE BE ADVISED THAT THIS WARRANT IS ACTIVE ***

AND YOU ARE SUBJECT TO ARREST AT ANY TIME

NOTE: Positively no children should accompany adults when reporting to Police Headquarters.

If you have any questions, contact the Warrant control Office at (914) 654 -2268.

POLICE OFF SILVERMAN, ALAN E

Warrant Control Officer

**Exhibit C**

Local Incident #: 18IR000054

Print Date:01/11/2018 22:28

# DISTRICT COURT OF MARYLAND FOR _____

DEFENDANT _____ (City/County)

LOCATED AT (COURT ADDRESS)
700 E PATAPSCO AVE, BALTIMORE MARYLAND
21225 UNITED STATES 410-878-8500

DISTRICT COURT
CASE NUMBER

RELATED CASES:
_____
_____
_____

DEFENDANT'S NAME (LAST, FIRST, M.I.)
MITCHELL, OSHAINE

## COMPLAINANT

| | |
|---|---|
| NAME (LAST, FIRST M.I.) HAMMETT   MUSA | TITLE OFC. |
| AGENCY MDTA | SUB-AGENCY TC | I.D. NO. (POLICE) MDTA1258 |

WORK TELEPHONE
(410) 354-8610

HOME TELEPHONE

ADDRESS
MDTA- TUNNEL COMMAND 2301 S CLINTON ST

APT. NO.

| CITY BALTIMORE | STATE MD | ZIP CODE 21222 |

☐ DOMESTIC VIOLENCE          ☐ HATE CRIME

☐ VULNERABLE ADULT ABUSE   ☐ CHILD ABUSE

Page 1 of   1

## DEFENDANT

| | |
|---|---|
| NAME (LAST, FIRST M.I.) MITCHELL   OSHAINE | TITLE |
| MAFIS NAME (LAST, FIRST, M.I.) N/A | TITLE |

| I.D. NO. 4618658 | RACE B | SEX M | HT. 5/9 | WT. 160 | D.O.B. (MM/DD/YY) 10/05/1984 |

| CC/DCA | HAIR BRO | EYES BRO | OTHER DESCRIPTION |

DRIVER'S LICENSE #                                  STATE

WORK TELEPHONE

HOME TELEPHONE
(914) 837-1085

ADDRESS
124 SREIEMINGTON PL

APT. NO.

| CITY NEW ROCHELLE | STATE NY | ZIP CODE 10801 |

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| 1 | CJIS CODE 1 0233 | AR 18006149 | ON OR ABOUT (DATE) 01-11-2018 | AT (PLACE) 95 S INTERSTATE MARKER 56.7 HWY BALTIMORE, MARYLAND |

DID UNLAWFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE OF SCHEDULE I, TO WIT: MARIJUANA, IN SUFFICIENT QUANTITY TO INDICATE AN INTENT TO DISTRIBUTE THE SAME.

IN VIOLATION OF:

☒ MD. ANN. CODE ART CR   SEC. 5-602 ;   ☐ COMMON LAW OF MD: _____ ;   ☐ PUB. LOCAL LAW ART. _____ SEC. _____

PROBABLE CAUSE   ☐ Y   ☐ N

☐ COMAR OR AGENCY CODE NO. _____ ;   ☐ ORDINANCE NO. _____

AGAINST THE PEACE,
GOVERNMENT AND
DIGNITY OF THE STATE

COMMISSIONER INITIALS   I.D NO.

| 2 | CJIS CODE 1 1564 | AR 18006149 | ON OR ABOUT (DATE) 01-11-2018 | AT (PLACE) 95 S INTERSTATE MARKER 56.7 HWY BALTIMORE, MARYLAND |

... DID POSSESS A CONTROLLED DANGEROUS SUBSTANCE OF SCHEDULE I, TO WIT: MARIJUANA.

IN VIOLATION OF:

☒ MD. ANN. CODE ART CR   SEC. 5-601 ;   ☐ COMMON LAW OF MD: _____ ;   ☐ PUB. LOCAL LAW ART. _____ SEC. _____

PROBABLE CAUSE   ☐ Y   ☐ N

☐ COMAR OR AGENCY CODE NO. _____ ;   ☐ ORDINANCE NO. _____

AGAINST THE PEACE,
GOVERNMENT AND
DIGNITY OF THE STATE

COMMISSIONER INITIALS   I.D NO.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE _____

ISSUING
PEACE OFFICER

| AGENCY MDTA | SUB-AGENCY TC | I.D. NO. |



186105003582          BIN1801010BC

DC/CR 2 (Rev. 4/2017)

## EXHIBIT D

Local Incident #: 18IR000054                    Print Date:01/11/2018 22:28



**DISTRICT COURT OF MARYLAND FOR** ———————————————— (City / County

| LOCATED AT ( COURT ADDRESS )<br>700 E PATAPSCO AVE, BALTIMORE<br>MARYLAND 21225 UNITED STATES 410-878-<br>8500 | DISTRICT COURT<br>CASE NUMBER | RELATED CASES: |

| COMPLAINANT | DEFENDANT |
|---|---|

| NAME (LAST, FIRST, M.I.) | | TITLE | NAME (LAST, FIRST, M.I.) | | | TITLE |
|---|---|---|---|---|---|---|
| HAMMETT    MUSA | | OFC. | MITCHELL       OSHAINE | | | |

| AGENCY | SUB-AGENCY | I.D. NO. (POLICE | MAFIS NAME (LAST, FIRST, M.I.) | | | TITLE |
|---|---|---|---|---|---|---|
| MDTA | TC | MDTA1258 | N/A | | | |

| WORK TELEPHONE | HOME TELEPHONE | I.D. NO. | RACE | SEX | HT | WT | D.O.B. (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| (410) 354-8610 | | 4618658 | B | M | 5/9 | 160 | 10/05/1984 |

| ADDRESS | APT. NO. | CO/OCA | HAIR | EYES | OTHER DESCRIPTION | |
|---|---|---|---|---|---|---|
| MDTA- TUNNEL COMMAND 2301 S CLINTON ST | | | BRO | BRO | | |

| CITY | STATE | ZIP CODE | DRIVER'S LICENSE # | | STATE |
|---|---|---|---|---|---|
| BALTIMORE | MD | 21222 | | | |

| | | WORK TELEPHONE | HOME TELEPHONE |
|---|---|---|---|
| | | | (914) 837-1085 |

☐ DOMESTIC VIOLENCE     ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE     ☐ CHILD ABUSE

| ADDRESS | APT. NO. |
|---|---|
| 124 SREIEMINGTON PL | |

Page 1 of 3

| CITY | STATE | ZIP CODE |
|---|---|---|
| NEW ROCHELLE | NY | 10801 |

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED).

ON JANUARY 11, 2017 AT 1109 HOURS, THIS OFFICER WAS IN FULL UNIFORM, ON ROUTINE PATROL, AND OPERATING UNMARKED PATROL UNIT OPS 6 ON IS-95 SOUTHBOUND. I OBSERVED A BLACK IN COLOR 2011 NISSAN MAXIMA DISPLAYING NEW YORK REGISTRATION HER1069 FAILING TO OBEY A PROPERLY PLACED TRAFFIC CONTROL DEVICE DIRECTIONS STRADDLING BETWEEN TWO LANE OF TRAFFIC AT MILE MARKER 56.7. A TRAFFIC STOP WAS MADE FOR THE ABOVE VIOLATION. THE DRIVER PRODUCED A JAMAICAN DRIVERS LICENSE WITH PHOTO SHOWING HIM TO BE OSHAINE ANTHONY MITCHELL WITH A D.O.B. OF 10/05/84. WHILE CONDUCTING A ROADSIDE INTERVIEW WITH THE OPERATOR FOR ADDRESS VERIFICATION, THE RIGHT SIDE OF HIS FACE BEGAN TO TWITCH UNCONTROLLABLY WHICH IS A SIGN OF EXTREME NERVOUSNESS. THE OPERATOR INDICATED THAT HE LIVES AND IS COMING FROM NEW ROCHELLE NEW YORK HEADING TO ATLANTA GEORGIA.  THE OPERATOR INDICATED THAT HE DID NOT REALIZE THAT HE WAS STRADDLING AND RIDING OUTSIDE OF HIS LANE. STATE OFFICER

✕ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)        PROBABLE CAUSE CHARGES #_____

                                                                            LACK OF PROBABLE CAUSE CHARGES #_____

DEFENDANT

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br><br>THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. | | |
|---|---|---|---|---|
| DATE | ARRESTING OFFICER | DATE | JUDICIAL OFFICER | COMMISSIONER I.D. NO. |
| | | 01/11/2018 | | |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| MDTA | TC | MDTA1258 |

   

BIN1801010BC                    PC DC/CR 4 (Rev. 4/2002)

**EXHIBIT D-1**

Local Incident #: 18IR000054                    Print Date:01/11/2018 22:28



**DISTRICT COURT OF MARYLAND FOR** _____
(City/County)

| LOCATED AT (COURT ADDRESS)<br>700 E PATAPSCO AVE, BALTIMORE MARYLAND 21225<br>UNITED STATES 410-878-8500 | DISTRICT COURT<br>CASE NUMBER |
|---|---|

| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br>MITCHELL, OSHAINE | MAFIS NAME<br>N/A |
|---|---|

Page 2 of 3

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

BOURNE-WILLIAMS (1257) ARRIVED ON LOCATION TO ASSIST. I ISSUED THE OPERATOR A WARNING AT WHICH POINT I ASKED THE OPERATOR IF I COULD ASK HIM A COUPLE OF MORE QUESTIONS HE INDICATED 'YES'. AT NO POINT WAS THIS STATE OFFICER BETWEEN MITCHELL AND HIS VEHICLE. I ASKED THE DEFENDANT FOR CONSENT TO SEARCH HIS VEHICLE AND HE EXPLICATED THAT I COULD SEARCH HIS VEHICLE. THE SEARCH UNCOVERED A SMALL ZIPLOCK BAG OF WHAT I WAS ABLE TO IMMEDIATELY RECOGNIZE THROUGH MY TRAINING KNOWLEDGE AND EXPERIENCE AS SCHEDULE I MARIJUANA LOCATED IN HIS COAT POCKET IN THE REAR PASSENGER SEAT. FURTHER SEARCH OF THE TRUNK AREA UNCOVERED A BLACK SUIT CASE THAT MITCHELL INDICATED BELONGED TO HIM. A SEARCH OF THE SUITCASE UNCOVERED (8) LARGE HEAT VACUUM SEALED CLEAR PLASTIC BAGS OF SCHEDULE I MARIJUANA. THE SUSPECT WAS TAKEN INTO CUSTODY AND READ HIS RIGHTS PER MIRANDA. THE RECOVERED SCHEDULE I MARIJUANA LOCATED WITHIN THE SUITCASE WAS PACKAGED IN A MANNER THAT IS INDICATIVE TO POSSESSION WITH INTENT TO DISTRIBUTE THROUGH MY TRAINING KNOWLEDGE AND EXPERIENCE. THE SCHEDULE I MARIJUANA TOTAL WEIGHT WAS APPROXIMATELY 8.3 POUNDS. I AM CURRENTLY A MEMBER OF THE MDTA POLICE SOD HOMELAND ENFORCEMENT AND TRAFFIC TEAM (HEAT). I HAVE OVER 10 YEARS OF CRIMINAL AND INTERDICTION ARRESTS AND BASED ON THOSE TRAITS, I HAVE ARRESTED NUMEROUS INDIVIDUALS FOR ILLEGAL CRIMINAL ACTIVITIES SUCH AS NARCOTICS, CURRENCY, WEAPONS AND TOBACCO TRANSPORTATION. ALL OF THE ABOVE ITEMS WERE SEIZED AND

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

DEFENDANT

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | |
|---|---|
| DATE | ARRESTING OFFICER |
| AGENCY<br>MDTA | SUB-AGENCY<br>TC | I.D. NO.<br>MDTA1258 |



186105003582



BIN1801010BC

DC/CR 4A (Rev. 4/2002)

**EXHIBIT D-1**

Local Incident #: 18IR000054

Print Date: 01/11/2018 22:28

**DISTRICT COURT OF MARYLAND FOR** _____

(City/County)

LOCATED AT (COURT ADDRESS)
700 E PATAPSCO AVE, BALTIMORE MARYLAND 21225
UNITED STATES 410-878-8500

DISTRICT COURT
CASE NUMBER

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| MITCHELL, OSHAINE | N/A |

Page $\underline{3}$ of $\underline{3}$

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

PLACED INTO EVIDENCE AT FSK DETACHMENT PROPERTY ROOM AND SENT OUT FOR ANALYSIS AT THE

MARYLAND STATE POLICE CRIME LAB. ALL EVENTS OCCURRED IN BALTIMORE CITY WITHIN THE STATE

OF MARYLAND. THE SUSPECT HAS BEEN TRANSPORTED TO FSK DETACHMENT FOR PROCESSING AND

TRANSPORTED TO THE BALTIMORE CITY CENTRAL BOOKING INTAKE FACILITY FOR DISPOSITION.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

DEFENDANT

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS
AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| MDTA | TC | MDTA1258 |





186105003582

BIN1801010BC

DC/CR 4A (Rev. 4/2002)

**EXHIBIT D-1**

## NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties.  The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.

4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.

6. Even if you plan to plead guilty, a lawyer can be helpful.

7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.1 to review an order of a District Court commissioner regarding pretrial release.  If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you.  The court clerk will tell you how to contact the Public Defender.

8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

### RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

| | |
|---|---|
| _____ | _____ |
| Date | Signature of Defendant |
| _____ | _____ |
| Date | Commissioner                    I.D. No. |

### RETURN OF SERVICE

☐ I certify that at _____ o'clock _____ M on _____ at _____

_____ , I executed this Statement of Charges by

Place

arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

_____

Detention Facility

_____

Signature of Peace Officer

## EXHIBIT D-2

# IMPORTANT NOTICE

The attached papers charge you with committing a crime.  Depending on the crime charged, a  jail sentence  could be imposed by the Court if you are found guilty. You have a right to be represented at trial by a lawyer. **ACT IMMEDIATELY** to obtain a lawyer. If you cannot afford a lawyer, you may apply for a Public Defender through a **District Court Commissioner**  who will determine if you are eligible for a Public Defender to represent you at trial. If you wait too long to retain a Public Defender or private counsel you can be made to stand trial without a lawyer. Applications are accepted at any District Commissioner's Office during operating hours. Please contact the office listed below for operating hours:

> **District Court Commissioner Station for** Baltimore City
>
> 1400 E. NORTH AVE
>
> Baltimore, MD 21213-1400
>
> 1-833-453-9799

You should bring the following papers to apply for the Public Defender's services:

1. Court charging documents/traffic tickets.  (Statement of Charges/all documents issued to you by Court).

2. Trial date notices from the Court. (You may apply even if no trial date has been received.)

3. If you are employed:
   Written proof of salary, pay stubs, or other written verification of income for the last two pay periods.

4. If you are unemployed:
   Proof of public assistance, medical assistance, Social Security or
   Supplemental Security Income (SSI), or other assistance you are receiving.

> For more information on operating hours or locations visit the MD Judiciary Website:
> http://mdcourts.gov/district/directories/commissionermap.html
> If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

> ## IMPORTANT
>
> IF THE COMMISSIONER DETERMINES THAT YOU ARE ELIGIBLE TO BE REPRESENTED BY THE PUBLIC DEFENDER AT TRIAL, YOU WILL RECEIVE A **FINAL QUALIFICATION** IN WRITING. THE PUBLIC DEFENDER WILL CONTACT YOU REGARDING YOUR CASE. ONCE YOU HAVE RECEIVED THE FINAL QUALIFICATION, ALL QUESTIONS SHOULD BE DIRECTED TO THE PUBLIC DEFENDER'S OFFICE:
>
> The address of the Public Defender is:
>
> **1400 EAST NORTH AVENUE**
>
> **BALTIMORE, MARYLAND  21213**
>
> Their telephone number is:          **410-878-8600**
>
> The Office of the Public Defender is open  weekdays from 8:30 a.m. to 4:30 p.m.

I have read, or have had read to me, the contents of the above notice and acknowledge
receipt of a copy thereof.

_____          _____
DATE                                              SIGNATURE OF DEFENDANT

## IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER.

**EXHIBIT D-3**



**DISTRICT COURT OF MARYLAND FOR Baltimore City**
Located at 1400 E. North Avenue, Baltimore, Maryland 21213

**STATE OF MARYLAND     VS.     MITCHELL, OSHAINE**

Case No. 2B02368375

124 REMINGTON PLACE
NEW YORK, NY, 10801
SID: 0004618658      LID:

# INITIAL APPEARANCE REPORT
### (Md. Rules 4-213, 4-213.1, 4-216 and 4-216.1)
## Advice

I hereby certify that when the above named Defendant was brought before me for initial appearance, I:

ADVISED Defendant has appeared without an attorney and has a right to an attorney at the initial appearance, of the importance of having an attorney and, if indigent, the Public Defender will provide representation if the proceeding is before a judge or, a court-appointed attorney will provide representation if the proceeding is before a commissioner.

ADVISED Defendant has the right to waive the right to be represented by an attorney at the initial appearance and the waiver is only applicable to the initial appearance and not to any other hearing or proceeding.

ADVISED Defendant has an absolute right to hire a private attorney at Defendant's expense to defend against these charges. If the Defendant does not have the money to hire a private attorney, the Defendant is advised to apply right away to a District Court commissioner for representation by the Public Defender. A District Court commissioner makes the determination of whether the Defendant is financially eligible for the services of the Public Defender. After receipt of the Final Qualification, all further questions should be directed to the Public Defender's Office.

ADVISED Defendant any representation by a court-appointed attorney is provisional, limited to the initial appearance, and will terminate automatically upon conclusion of the hearing.

INFORMED Defendant of each offense charged and of the allowable penalties, including any mandatory or enhanced penalties, if any.

PROVIDED Defendant with a copy of the charging document since Defendant did not already have one.

READ to Defendant, the Notice of Advice of Right to Counsel.

INFORMED Defendant of Affidavit for Indigent, the Defendant completed the requested affidavit and the commissioner determined with the criteria set forth in Code, Criminal Procedure Article §16-210 (b) and (c) whether the Defendant qualifies for a court-appointed attorney.

INFORMED Defendant that this preliminary determination is for the purpose of representation at the initial appearance only.

DETERMINED DEFENDANT IS INDIGENT.

ADVISED Defendant has the right to be represented by an attorney at the initial appearance and, if no other attorney has entered an appearance you shall be represented by the court-appointed attorney, unless the Defendant waives the right to be represented by an attorney at the initial appearance.

ENTRY OF APPEARANCE:  Defendant was represented at initial appearance by court-appointed Attorney.
APPEARANCE: COURT-APPOINTED ATTORNEY/PUBLIC DEFENDER
Received:
      Attorney's Name: DAWN COLLINS
Physically Present.

ADVISED defendant of provisional representation by court-appointed attorney shall be limited to the initial appearance before the judicial officer and shall terminate automatically upon the conclusion of this proceeding.

ADVISED Defendant that the charge is a felony that is not within the jurisdiction of the District Court; the Defendant has a right to have a preliminary hearing by a request made now or within 10 days; and failure to make a timely request will result in a waiver of this hearing.

Defendant requests preliminary hearing. It is scheduled for 02/08/2018 at 8:30 AM in Room 2, at 700 E. Patapsco Ave.,

Tracking No. 186105003587

**EXHIBIT D-4**

CONTINUATION PAGE 1 OF INITIAL APPEARANCE REPORT

 **DISTRICT COURT OF MARYLAND FOR Baltimore City**
Located at 1400 E. North Avenue, Baltimore, Maryland 21213

Case No. 2B02368375

**STATE OF MARYLAND      VS.      MITCHELL, OSHAINE**

Baltimore, Maryland 21225.

## Pretrial Release Determination

On the basis of information available to and developed by me I HAVE DETERMINED:

That Defendant may be released on personal recognizance because the charge is not an offense for which the maximum penalty is death or life imprisonment.

That Defendant may be released on personal recognizance because it will reasonably assure the Defendant's appearance.

## Notice

I INFORMED THE DEFENDANT:

1. that a condition of ANY release is that Defendant appear for hearing and/or trial as directed by the Court.
2. that a warrant will be issued for the Defendant's arrest for any violation of condition(s) of release; that if the recognizance or bail bond is forfeited and the Defendant fails to surrender within 30 days following the forfeiture, on a felony charge the penalty imposed may be up to 5 years in jail and/or a fine up to $5,000, or on a misdemeanor charge the penalty imposed may be up to 1 year in jail and/or a fine up to $1,000; that the Defendant may be charged with contempt of Court.
3. to notify the Court in writing of any change of address or telephone number.

Date: 01/12/2018  Time: 11:12 AM      Commissioner: _____  ID: 1386

## Receipt

I have ☐read  ☐had read to me the offense(s) for which I am charged, the conditions of release, the penalty for violation of the conditions of release, the Notice of Advice of Right to Counsel. I acknowledge receipt of a copy of this form.

**I have been informed that the Trial/Hearing date is 02/08/2018 at 8:30 AM in Room 2, at 700 E. Patapsco Ave., Baltimore, Maryland 21225.**

I agree to any conditions of release and agree to appear as directed.

_____        _____        _____
Date                            Signature of Custodian                    Signature of Defendant

Tracking No. 186105003582

**EXHIBIT D-5**



**DISTRICT COURT OF MARYLAND FOR Baltimore City**
Located at 1400 E. North Avenue, Baltimore, Maryland 21213

Case No. 2B02368375

**STATE OF MARYLAND**     **VS.**     **MITCHELL, OSHAINE**

COMPLAINANT:
HAMMETT, MUSA OFC
MDTA
2301 S CLINTON ST
DUNDALK, MD 21222

124 SREIEMINGTON PL
NEW YORK, NY 10001

CC#: 181R000054          SID: 4618658
LID:                     DL#:
Race: I   Sex: M   Ht: 5'9"   Wt: 160   Hair: BRN   Eyes: BRN
DOB: 10/05/1984   Phone(H): 914-837-1085   Phone(W):

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF HAMMETT, MUSA OFC IT IS FORMALLY
CHARGED THAT MITCHELL, OSHAINE at the dates, times and locations specified below:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 0233 | CR 5 602 | 5 Y &/or $15,000.00 | CDS POSS W/INT TO DIST |
| 1 1564 | CR 5 601 ((a)(1)) | 6 M &/or $1,000.00 | CDS: POSS MARIJUANA 10 GM+ |

Date : 01/17/2018  Time : 9:12 AM                    Judicial Officer:

**EXHIBIT D-6**

## NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

**TO THE PERSON CHARGED:**

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be *released from jail until your trial.*
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

> Contact information for District Court Commissioner's Offices can be found at:
> http://www.mdcourts.gov/district/directories/commissionermap.html
> If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

## NOTICE TO DEFENDANT

1. **MUST APPEAR** - If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. Drivers who receive payable citations included with a "Must Appear" citation automatically will receive a trial date notice for all citations. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.

2. **PRESET FINE** - If ALL of your charges are marked "Payable", you must comply with one of the following within 30 days after receipt of the citation/summons.

   **OPTION #1** - Pay the full amount of the preset fine for each violation.

   **OPTION #2** - Request a waiver hearing regarding sentencing and disposition instead of trial - Plead Guilty With an Explanation. Do not send payment.

   **OPTION #3** - Request a trial date, time, and place established by the District Court of Maryland by writ or trial notice. Do not send payment.

Please note that payment of the preset fine will result in conviction for the offense(s) charged being entered against you and the case being closed. Please note further that points will be assessed by MVA on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. Failure to pay the preset fine or to appear at trial, after notice, will result in the suspension of your driving privileges by the Motor Vehicle Administration.

**FOR MORE INFORMATION AND TO PAY CITATIONS:**
Visit the MD Judiciary Website at www.mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions.

   From all areas including out-of-state calls: 1-800-492-2656
   **TTY users call Maryland RELAY: 711**

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

| 01/12/2018 | | 01/12/2018 | S. JOHNSON |
|---|---|---|---|
| Date | Defendant | Date | Judge/Commissioner |

## EXHIBIT D-7

 

STATE'S ATTORNEY
Marilyn J. Mosby

OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
120 East Baltimore Street   Baltimore, Maryland 21202

DIRECT DIAL

**IMPORTANT INFORMATION:** You have been charged with one or more crimes. **If you have been charged with a crime involving Controlled Dangerous Substances,** this notice applies to you and you should show it to your lawyer. If your charges do not include any drug or drug related crimes, you may disregard this notice.

Pursuant to the Annotated Code of Maryland, Courts and Judicial Proceedings Article, Section 10-1003, you are hereby notified that a copy of the Chemical Analysis and Chain of Custody, which the State intends to introduce, will be made available to you. The Chemical Analysis and Chain of Custody will be located in the Office of the State's Attorney in one of three locations:

5800 Wabash Avenue, Baltimore, Maryland (410-878-8161)

1400 E. North Avenue, Baltimore, Maryland (410-878-8575)

700 E. Patapsco Avenue, Baltimore, Maryland (410-878-8440)

If you wish to obtain a copy, we suggest that you call one of the listed numbers before appearing in person to determine where the analysis is located. You should have your case number or the criminal complaint number from your case available when you call.

I HEREBY CERTIFY, that a copy of this letter was attached to the defendant's copy of the charging documents for service pursuant to Maryland Rule 4-212(f).

_____          _____
Assistant State's Attorney                              Date

**EXHIBIT D-8**

# Notice: Answer

[OFFICE of the STATE'S ATTORNEY for BALTIMORE CITY, STATE'S ATTORNEY, Marilyn J. Mosby, Acting; DISTRICT COURT OF MARYlAND FOR,
Baltimore City, Attn: County Sheriff, and District Attorney, **Case # 2B02368375**; see attached Exhibits A-K (eleven pages)]

Hello Marilyn,

Let me introduce myself. I am a man. I am known by friends as O'Shaine of the Mitchell family. I received papers from you. I don't recall having ever meeting or entering into contracts with you. I, believe there's been a mistake. I am viewing you as a woman as you act as a STATE'S ATIORNEY on behalf of the government. Did I enter into contracts with you and the government? If yes, I did so in error. I am not a member of the legal society; I am an idiot. If there are contracts which I entered into I did so under duress of threat of harm, injury, loss of limb and life. I carried out all orders issued to me by the Police the men and women who were functioning in a capacity as Law Enforcement Officers or Officers of the Courts. Looking back, I regret my decisions because, I thought that by cooperating with said Public Servants that it would be of benefit to me; I was mistaken. By extending my trust and confidence in them instead was a single source of harm, injury and financial loss. Now I know better. I believe that said men and women overstepped their authority, acted in bad faith, in conflict of interest knowingly for the purpose of financial gains and personal rewards. As the STATE'S ATIORNEY, it is my wish and I do require of you that you cancel all contracts connected to or associated to this suitcase for reasons of suspected fraud. It is also my wish and I do require of you that you insure the restoration of all private properties and trust funds wrongfully taken, carried and paid away be restored post haste in connection with this suitcase.

I am not a CITIZEN of the UNITED STATES; I am an aborigine. I, hale from the land of Jamaica; here as a guest of this Country. I believe in an Almighty Creator; am a living flesh being having a relationship between God and myself. I, am honest man, and a man of Peace. I am self-directed and have manage and conducted my affairs properly. What laws did I break? I believe the Public Servants made errors when they presumed and assumed improperly that I was a CITIZEN of the UNITED STATES AND THAT I WAIVED ALL RIGHTS.
Is there a claim before the courts? Who is the man making a claim that I owe a debt? If there is a man making said claim, let him come forward present the Bill for my verification, take the stand and swear that it is true; speak his peace or forever hold it. I'd be happy to pay the Bill and settle the matter on the private side without dragging the matter into Court. I believe that there is no man making a claim that I owe a debt. Who did I cause harm? Who did I cause injury? What property did I damage? What contract did I breach? If it is your wish and if it is your order that I must appear in court, I am going to require compensations. You can expect to pay the Bill. Of what benefit would it be to me to appear in court if all you're going to do is arrest me? I will appear as a man only. The other side can appear as a man only. The plaintiff must appear and press the record. I am not the defendant in your suitcase. I am not the plaintiff in your suitcase. I will answer verifiable claims only. I will not answer complaints. How do you suppose all this happened? I believe I was entrapped.

**EXHIBIT E**

If someone is making a false complaint against me and I believe they are, I am going to have to file a claim.

You have three days (3) to answer in writing; this due only to a lack of time given to me to respond to orders of the court. If you fail or refuse to answer the aforesaid questions; it is my wish and I do require of you that you discharge the complaints.

My witness will appear and testify.

Respectfully submitted,

By: _____ On behalf of Oshaine A. Mitchell, A/R

**EXHIBIT E**

USPS.com® - USPS Tracking® Results          https://tools.usps.com/go/TrackConfirmAction?tLabels=7016...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package  +

Tracking Number: 70163560000039899598          Remove ✕

On Time

Expected Delivery on

## FRIDAY

**2** FEBRUARY 2018 ⓘ          by **8:00pm** ⓘ

☑ **Delivered**

February 2, 2018 at 2:13 pm
Delivered, Front Desk/Reception
BALTIMORE, MD 21202

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| Product Information | ∨ |

See Less ∧          How can I help you?

1 of 3          2/23/18, 10:04 AM

**EXHIBIT E-1**

DISTRICT COURT OF MARYLAND FOR Baltimore City,
1400 E. NORTH AVE.,
Baltimore, MD 21213-1400

Attn: 1. DISTRICT COURT Commissioner, Station for Baltimore City,
2. Clerk of Court, Marilyn Bentley
111 N. Calvert Street, Rm 412, attn; Paulette Soares, Asst. Chief Deputy-Operations,
Criminal Division,
3. Administrator/Clerk of Court, Traffic Division,
4. John W. Anderson, Baltimore City Sheriff,
5. R. Jay Fisher, Baltimore County Sheriff,

Date: February 1, 2018

Subj: SERVICE PROCESS ASSISTANCE REQUEST [ Case# 2B02368375; Incident# 18IR000054;
Tracking# 186105003582]

Dear Marilyn, Bentley; or whom it may concern,

My name is Oshaine.
I, am a man.
I'm viewing you as a woman as you act as a Clerk of Court.
I require of you that you provide Service Process Assistance to I man, so that I can answer the courts
properly in writing on behalf of my property.

Please certify notices as True Copies, sign & date them as a witness; have a magistrate sign and date
verifying that entries were made on the records properly, and that copies of said notices were sent to
those herein listed.
Upon completion, return the original documents to me post haste at the mailing address provided
below:

Respectfully submitted,

C/O The Mitchell family
124 Remington Place
New Rochelle, NY
10801-8355

By: _____ on behalf of OSHAINE ANTHONY MITCHELL, A/R

**EXHIBIT F**



March 18, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789577436629**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | R.PAYTON | Delivery location: | Baltimore, MD |
| Service type: | FedEx Priority Overnight | Delivery date: | Feb 5, 2018 10:07 |
| Special Handling: | Deliver Weekday | | |
| | Adult Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 789577436629 | Ship date: | Feb 2, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |
| Recipient: | | Shipper: | |
| Baltimore, MD US | | New Rochelle, NY US | |

Thank you for choosing FedEx.

**EXHIBIT F-1**

Notice: Claim; common-law trespass

Hello Marilyn,

1. I don't know what happened. I sent you a notice of answer in writing to the courts. see attached. Did you get it? Did you read it?
Why didn't you answer?

2. It is my wish and I do require of you that you send your suitcase to Queen's Bench. When we get to Queen's Bench plaintiff (s) must press the record.

3. The STATE OF MARYLAND, BALTIMORE CITY, INC bear liability.

Sincerely,

By: _____ on behalf of OSHAINE ANTHONY MITHCELL, A/R

**Exhibit G**



March 18,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789626327575**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | Y.HUBBARD | Delivery location: | BALTIMORE, MD |
| Service type: | FedEx First Overnight | Delivery date: | Feb 7, 2018 12:24 |
| Special Handling: | Deliver Weekday | | |
| | Adult Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 789626327575 | Ship date: | Feb 6, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |
| Recipient: | | Shipper: | |
| BALTIMORE, MD US | | NEW ROCHELLE, NY US | |

Thank you fpr choosing FedEx.

**Exhibit G-1**

# Notice: Claim;

Date: Feb 23th 2018

Dear Megan,

Greetings:

:, I man ; Oshaine OF The Mitchell Family have a claim against your complaint.

I am viewing you as a woman who is acting as an ASSISTANT STATE'S ATTORNEY.

I, answered the Courts properly; I asked it questions and required it answer them in writing

See Attached Exhibits A----

A woman named Marilyn who was acting as prosecutor failed to meet these requirements in order for me to appear.

For this court to convene, the prosecutor must answer the questions.

By:_____ on behalf of OSHAINE ANTHONY MITCHELL,

A/R

**EXHIBIT H**

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

**Track Another Package  +**

Tracking Number: 70170530000048187485

Remove ✕

**Expected Delivery by**

## MONDAY

## 26 FEBRUARY 2018 ⓘ

by

**8:00pm** ⓘ

## ⊘ Delivered

February 26, 2018 at 1:23 pm
Delivered, Front Desk/Reception
BALTIMORE, MD 21202

Get Updates ⌄

---

Text & Email Updates                                              ⌄

---

Tracking History                                                     ⌃

**February 26, 2018, 1:23 pm**
Delivered, Front Desk/Reception
BALTIMORE, MD 21202
Your item was delivered to the front desk or reception area at 1:23 pm on
February 26, 2018 in BALTIMORE, MD 21202.

How can I help you?

**EXHIBIT H-1**

**February 26, 2018, 8:52 am**
Arrived at Unit
BALTIMORE, MD 21202

**February 26, 2018, 5:18 am**
Arrived at USPS Facility
BALTIMORE, MD 21201

**February 26, 2018, 1:52 am**
Departed USPS Regional Destination Facility
BALTIMORE MD DISTRIBUTION CENTER

**February 25, 2018, 10:16 am**
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

**February 25, 2018, 3:58 am**
Departed USPS Regional Facility
WHITE PLAINS NY DISTRIBUTION CENTER

**February 24, 2018, 10:32 pm**
Arrived at USPS Regional Origin Facility
WHITE PLAINS NY DISTRIBUTION CENTER

**February 24, 2018**
In Transit to Next Facility

**February 23, 2018, 5:22 pm**
USPS in possession of item
NEW ROCHELLE, NY 10804

---

**Product Information**                                    ⌄
                                          How can I help you?

---

**EXHIBIT H-1**

### DISTRICT COURT OF MARYLAND
Go Back Now

## Case Information

Court System: **DISTRICT COURT FOR BALTIMORE CITY - CRIMINAL SYSTEM**
Case Number: **2B02368375** Tracking No: **186105003582**
Case Type: **CRIMINAL**
District Code: **01** Location Code: **02**
Document Type: **STATEMENT OF CHARGES** Issued Date: 01/12/2018
Case Status: **CLOSED** Case Disposition: **FORWARDED TO CIRCUIT COURT**

## Defendant Information

Defendant Name: **MITCHELL, OSHAINE**
Race: **BLACK, AFRICAN AMERICAN**
Sex: **M** Height: **509** Weight: **160** DOB: **10/05/1984**
Address: **124 REMINGTON PLACE**
City:    **NEW YORK** State: **NY** Zip Code: **10801 - 0000**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

| |
|---|
| Charge No: 001 Description: **CDS POSS W/INT TO DIST** |
| Statute: **CR.5.602** Description: **CDS POSS W/INT TO DIST** |
| Amended Date: CJIS Code: **1 0233** MO/PLL: Probable Cause: **X** |
| Incident Date From: **01/11/2018** To: **01/11/2018** Victim Age: |

| |
|---|
| Charge No: 002 Description: **CDS: POSS MARIJUANA 10 GM+** |
| Statute: Description: |
| Amended Date: CJIS Code: **1 1564** MO/PLL: Probable Cause: **X** |
| Incident Date From: **01/11/2018** To: **01/11/2018** Victim Age: |

**Related Person Information**

*(Each Person related to the case other than the Defendant is shown)*

Name:
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **MDTA** Agency Sub-Code: **TC** Officer ID: **MDTA**

Name: **HAMMETT, MUSA OFC**
Connection: **COMPLAINANT**

**Event History Information**

| Event Date | Comment |
|---|---|
| **DOCI** 01/12/2018 | **SC ISSUED 180112** |
| **INIT** 01/12/2018 | **180112;00000000.00;ROR ;100; ;1386** |

**EXHIBIT I**

CCNO   02/08/2018   118037014 ;CIRCUIT COURT CASE NO.

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

**EXHIBIT I**

**Circuit Court of Maryland**
Go Back Now

**Case Information**

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **118037014**  Case Status: **ACTIVE**
Status Date:  **02/06/2018**
Tracking Number: **186105003582**   Complaint No: **IR000054**
District Case No:  **2B02368375**
Filing Date: **02/06/2018**   Incident Date:  **01/11/2018**

**Defendant Information**

Defendant Name: **MITCHELL, OSHAINE**
Race: **BLACK**          Sex: **MALE**
DOB: **10/05/1984**
Address: **124 REMINGTON PLACE**
City: **NEW YORK**  State: **MD**  Zip Code: **10801**

**Schedule Information**

Court Date: **04/24/2018**  Court Time: **2:00**  Room: **227**
Court Location: **COURTHOUSE EAST, 111 N. CALVERT ST., BALTIMORE, MD 21202**
Reason:       **JURY TRIAL**

**Charge and Disposition Information**

*(Each Charge is listed separately. The disposition is listed below the Charge)*

| Charge No: | **1** |
| CJIS/Traffic Code: **1 0233** | |
| Description: | **CDS: POSS W/INT MANF/DISTR/DISP** |

| Charge No: | **2** |
| CJIS/Traffic Code: **1 1564** | |
| Description: | **CDS: POSS MARIJUANA 10GM+** |

**Related Person Information**

Name: **FRAME, ILENE**
Connection: **ASST PUBLIC DEFENDER**
Address: **201 ST PAUL PLACE**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name: **GREENE, MEGAN**
Connection: **ASST STATES ATTORNEY**
Address: **120 E BALTIMORE ST**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

**Event History Information**

**EXHIBIT I-1**

| Event | Date | Comment |
|-------|------|---------|
| CASI | 02/06/2018 | CASE ADDED THROUGH ON-LINE ON THIS DATE 20180212 |
| TRAK | 02/27/2018 | ASSIGNED TO TRACK B - 90 DAYS ON 02/27/2018 |
| HCAL | 02/27/2018 | P44;0930;451 ;ARRG; ;TSET; ;HONG, JEANNIE ;8E6 |
| MOTF | 03/05/2018 | MOTION FOR SPEEDY TRIAL |
| MOTF | 03/05/2018 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 03/05/2018 | REQUEST FOR DISCOVERY |
| MOTF | 03/05/2018 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 03/05/2018 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 03/05/2018 | DEMAND FOR CHEMIST |
| FILE | 03/05/2018 | FILED APD - FRAME, ILENE , ESQ 270718 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

**EXHIBIT I-1**

# MDTA Police News

MDTA Police News Blog with RSS Feed

## MDTA POLICE RECOVER A STOLEN GUN AND MARIJUANA DURING TWO TRAFFIC STOPS IN BALTIMORE CITY

January 12, 2018 - 1:57pm
Posted by: Tamory Winfield

### FOR IMMEDIATE RELEASE

Jan. 12, 2017


**MDTA POLICE RECOVER A STOLEN GUN AND MARIJUANA DURING TWO TRAFFIC STOPS**

**IN BALTIMORE CITY**


**BALTIMORE, MD** - On Thursday, Jan. 11, the Maryland Transportation Authority (**MDTA**) Police made two arrests during traffic stops in Baltimore City - a New York man was arrested for having approximately eight pounds of marijuana in his vehicle and a Baltimore man was arrested for possession of a loaded handgun and marijuana.

At approximately 11:10 a.m., an **MDTA** Police Officer stopped 33-year- old New Rochelle N.Y. resident Oshaine Anthony Mitchell on southbound I-95 in Baltimore City for failing to obey a properly placed traffic-control device. Mitchell was driving a 2011 Nissan Maxima. During a subsequent consent search, officers located approximately eight pounds of marijuana. Mitchell was taken into custody without incident.

At approximately 6:10 p.m., an **MDTA** Police Officer stopped 32-year-old Baltimore resident Alton Herron Wallace on an exit ramp from I-895 to Moravia Road in Baltimore City for using a handheld phone while the vehicle was motion. Wallace was driving a 2018 Dodge Caravan. During a subsequent probable cause search, officers located a loaded handgun and marijuana.

The **MDTA** Police charged Mitchell with possession with the intent to distribute CDS. Wallace was charged with possessing a firearm after being convicted of a felony, possession of a stolen

**EXHIBIT J**

firearm, prohibited from possessing ammunition, knowing transporting a handgun in a vehicle, transporting a handgun on their person and possession of CDS marijuana.

After processing, officers transported Mitchell and Wallace to Baltimore Central Intake Facility for an appearance before the District Court Commissioner.

###

*The Maryland Transportation Authority (MDTA) Police is a nationally accredited law-enforcement agency. MDTA Police Officers provide safety, security and service to Maryland's citizens and visitors as they use transportation facilities across the State. Visit our web site at mdta.maryland.gov/police/police_main.html. Follow us on Twitter and find us on Facebook at /TheMDTA.*

**EXHIBIT J**